**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNIE EDWARD, JR., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF CHILD SUPPORT SERVS. et al., <br><br> Defendants. | Case No. CV 18-3068-RGK (JPR) <br><br><br> **J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 28, 2018

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE